UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW JOHN GROEN,

    Defendant.

Case No. 23-cr-216 (JWB/DLM)

DECLARATION OF PUBLICATION

The Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 24, 2023 as required by Fed. R. Crim. P. 32.2(b)(6), and by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 27, 2023

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*s/Cyndee Boyovich*
BY: CYNDEE BOYOVICH
Paralegal Specialist